**FILED**

03/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0277

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0277

_____

IN RE THE MARRIAGE OF:

BRANDY J. PERSOMA,

      Petitioner and Appellant,

and

  O R D E R

TYLER S. PERSOMA,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Brandy J. Persoma, to all counsel of record, and to the Honorable Randal I. Spaulding, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 3 2021